IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-03096-01-CR-S-RED |
| ) | |
| KARLIN L. KELLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court are Defendant's Motion to Suppress Search (Doc. 23), the Government's Response to Motion to Suppress the Search (Doc. 26), Defendant's Motion to Suppress Statements (Doc. 24), Government's Response to Motion to Suppress Statements (Doc. 27), and the Report and Recommendation of United States Magistrate Judge (Doc. 32).

Upon careful and independent review of the pending motions and the suggestions filed by the parties in regard to said motions, and a review of the applicable law, the Court ADOPTS the Report and Recommendation of United States Magistrate Judge (Doc. 32) in full. Accordingly, for the reasons articulated herein and by the Magistrate in the Report and Recommendation, Defendant's Motion to Suppress Search (Doc. 23) and Defendant's Motion to Suppress Statements (Doc. 24) are hereby **DENIED**.

**IT IS SO ORDERED.**

DATE: March 20, 2008      */s/ Richard E. Dorr*
                          RICHARD E. DORR, JUDGE
                          UNITED STATES DISTRICT COURT